1

2

3

4                              UNITED STATES DISTRICT COURT

5                                   DISTRICT OF NEVADA

6                                           * **

7   ZEPHANIAH BULLOCK,                    )
                                          )        CASE NO.: 3:14-CV-00195-RCJ-VPC
8                      Plaintiff,         )
                                          )
9    v.                                   )        O R D E R
                                          )
10   WARDEN NEVENS, *et al.,*             )
                                          )
11                     Defendant.         )
                                          )
12  ————————————————————————————

13          The Court has considered the Report and Recommendation of United States Magistrate

14   (ECF #44) entered on July 02, 2015, in which the Magistrate Judge recommends the Court deny

15   Plaintiff's Motion for a Temporary Restraining Order (ECF #24).  The Court has considered the

16   pleadings and memoranda of the parties and other relevant matters of record and has made a review

17   and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law,

     and good cause appearing, the court hereby

18
            ADOPTS  AND  ACCEPTS  the  Report  and  Recommendation  of  the  United  States
19
     Magistrate Judge (ECF #44).
20
            IT IS HEREBY ORDERED that Plaintiff's Motion for a Temporary Restraining Order
21
     (ECF #34) is DENIED.
22
            IT IS SO ORDERED this 4th day of September, 2015.
23

24

25                                           _____
                                             ROBERT C. JONES
26                                           UNITED STATES DISTRICT JUDGE