# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \*\*

| | |
|---|---|
| ZEPHANIAH BULLOCK,<br><br>        Plaintiff,<br><br>v.<br><br>WARDEN NEVENS, *et al.,*<br><br>        Defendant. | CASE NO.: 3:14-CV-00195-RCJ-VPC<br><br>O R D E R |

      The Court has considered the Report and Recommendation of United States Magistrate (ECF #45) entered on August 24, 2015, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF #36). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

      ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #45).

      IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #36) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close the case.

      IT IS SO ORDERED this 16th day of September, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE